KEITH A. WEAVER
Nevada Bar No. 10271
Keith.Weaver@lewisbrisbois.com
ALISSA N. BESTICK
Nevada Bar No. 14979
Alissa.Bestick@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendants
ROXANNE BYBEE, M.D. AND ERICA CEBALLOS, R.N.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| Fernando Navarro Hernandez, | Case No. 3:24-cv-00001-ART-CLB |
| Plaintiff, | **ORDER GRANTING MOTION/ NOTICE OF DISASSOCIATION OF COUNSEL** |
| vs. | |
| James E. Dzorenda, Erica Ceballos, FNU (.sic) Barreti, Lorenzo Villegas, Roxanne Bybee, Ted Hanf, Gregory Martin, Michelle Perkins, Elizabeth Pritchard, | |
| Defendants. | |

Notice is hereby given to the Court and parties that Victoria C. Corey is no longer associated with LEWIS BRISBOIS BISGAARD & SMITH, LLP and seeks to withdraw as counsel for the Defendant(s) in this matter: Roxanne Bybee M.D. and Erica Ceballos R.N. All other Attorneys of Record will continue to represent Defendant(s), and they will not be without counsel. Defendant respectfully requests the Clerk of the Court to update the docket pursuant to this Notice.

157275410.1

1  DATED This 23rd day of May, 2025.

2

3

4

5                                        By      /s/ Victoria C. Corey
                                            VICTORIA C. COREY
6                                           Nevada Bar No. 16364

7

8  **IT IS SO ORDERED.**

9  **DATED:** May 23, 2025

10

11

12                                              UNITED STATES MAGISTRATE JUDGE

13

157275410.1                          2