# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FERNANDO NAVARRO HERNANDEZ, | Case No. 3:24-CV-00001-ART-CLB |
| Plaintiff, | **ORDER RE: SERVICE OF PROCESS** |
| v. | [ECF No. 30] |
| JAMES E. DZURENDA, *et al.*, | |
| Defendants. | |

On June 25, 2025, the Office of the Attorney General file their notice of acceptance of service on behalf of several defendants in this case. (ECF No. 23.) However, the Office of the Attorney General did not accept service on behalf of **Barbie Barreti** but did file her last known address under seal. (ECF Nos. 24, 25.) Thus, Plaintiff has filed a motion for issuance of summons for the unserved Defendant. (ECF No. 30.)

Good cause appearing, **IT IS ORDERED** that Plaintiff's motion for issuance of summons, (ECF No. 30), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall **ISSUE** a summons for Defendant **Barbie Barreti** and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 24.) The Clerk shall also **SEND** sufficient copies of the complaint, (ECF No. 6), the screening order, (ECF No. 5), and this order to the U.S. Marshal for service on the Defendant. The Court will separately provide to the U.S. Marshal a completed USM-285 form for the Defendant.

Plaintiff is reminded that if the above-named Defendant is not served by September 2, 2025, she will be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**DATED**: July 1, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**