UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FERNANDO NAVARRO HERNANDEZ<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JAMES E. DZUENDA, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:24-CV-00001-ART-CLB<br><br>**ORDER REGARDING NOTICE OF WITHDRAWAL AS ATTORNEY**<br><br>[ECF No. 57] |

      On September 11, 2025, a notice was filed in this case stating that Keith A. Weaver ("Weaver") and Alissa N. Bestick ("Bestick") seek to withdraw as counsel for Defendants Roxanne Bybee ("Bybee") and Erica Ceballos ("Ceballos") in this matter. (ECF No. 57.) The filing merely states that "[n]otice hereby given to the Court and parties" that Weaver and Bestick seek to withdraw as counsel for Bybee and Ceballos. (*Id.*) To the extent Weaver and Bestick are withdrawing as counsel, a "notice of withdrawal" is improper under the Local Rules. *See* LR IA 11-6(b). Rather, attorneys seeking to withdraw after appearing in a case must file a *motion* or *stipulation* and serve it on the affected clients and opposing counsel. *Id.*

      Accordingly, the "notice of withdrawal," (ECF No. 57), is improper and stricken from the record.

**IT IS SO ORDERED**.

**DATED**: September 12, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**