KEITH A. WEAVER
Nevada Bar No. 10271
Keith.Weaver@lewisbrisbois.com
ALISSA N. BESTICK
Nevada Bar No. 14979
Alissa.Bestick@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendants Roxanne Bybee,
M.D. and Erica Ceballos, R.N.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO NAVARRO HERNANDEZ, | Case No. 3:24-cv-00001-ART-CLB |
| PLAINTIFF, | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS ROXANNE BYBEE, M.D. AND ERICA CEBALLOS, R.N. AND FOR REMOVAL FROM THE CM/ECF SERVICE LIST** |
| VS. | |
| JAMES E. DZORENDA, ERICA CEBALLOS, FNU (.SIC) BARRETI, LORENZO VILLEGAS, ROXANNE BYBEE, TED HANF, GREGORY MARTIN, MICHELLE PERKINS, ELIZABETH PRITCHARD, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

168988815.1

1         Keith A. Weaver ("Attorney Weaver"), Alissa N. Bestick ("Attorney Bestick"), and

2    their law firm Lewis Brisbois Bisgaard & Smith LLP ("Lewis Brisbois") hereby files this

3    Motion to Withdraw as Counsel of Record for Defendants Roxanne Bybee, M.D. and Erica

4    Ceballos, R.N.. ("Defendants") and to be removed the CM/ECF service list for this case

5    pursuant to LR IA 11-6. With this Motion, counsel requests an order from this Honorable

6    Court allowing them and their firm to withdraw as counsel of record for Defendants, as

7    Defendants are now represented by the Office of the Attorney General of the State of

8    Nevada.

9         This Motion is based on the following Memorandum of Points and Authorities. the

10   pleadings and papers on file with this Court, and any oral arguments this Honorable Court

11   is willing to entertain at the time of the hearing of this matter.

12        DATED this 12th day of January, 2026

13

14                        LEWIS BRISBOIS BISGAARD & SMITH LLP

15

16                  By       /s/ Alissa N. Bestick

17                            KEITH A. WEAVER
                         Nevada Bar No. 10271

18                            ALISSA N. BESTICK
                         Nevada Bar No. 14979

19                            6385 S. Rainbow Boulevard, Suite 600
                         Las Vegas, Nevada 89118

20                            *Attorneys for Defendants Roxanne Bybee,*
                         *M.D. and Erica Ceballos, R.N.*

21

22

23

24

25

26

27

28

1

2

3

**DECLARATION OF ALISSA N. BESTICK, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS ROXANNE BYBEE, M.D. AND ERICA CEBALLOS, R.N. AND FOR REMOVAL FROM THE CM/ECF SERVICE LIST**

4

5

6

I, Alissa N. Bestick, Esq., do declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

7

8

9

10

11

12

1.    I am an attorney duly licensed to practice in the State of Nevada, and an attorney at the law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP, which has been retained to represent the interests of Defendants Roxanne Bybee, M.D. and Erica Ceballos, R.N. in the matter of *Hernandez v. Dzorenda, et al.* Case No. 3:24-cv-00001-ART-CLB . I have personal knowledge of the content of this Declaration, and I am competent to testify thereto if called upon to do so.

13

14

2.    The facts set forth in this Motion are true and correct to the best of my knowledge, information, and belief.

15

16

3.    Attached as **Exhibit A** is a true and correct copy of the Docket *for Hernandez v. Dzorenda*, et al. Case No. 3:24-cv-00001-ART-CLB.

17

I declare under penalty of perjury that the foregoing is true and correct.

18

19

20

   /s/ Alissa N. Bestick
   Alissa N. Bestick

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

Attorney Weaver, Attorney Bestick, and Lewis Brisbois were retained to represent Defendants regarding the claims in this case. However, Defendants have retained the services of the Nevada Office of the Attorney General, who is now actively defending the Defendants in this case. Accordingly, Attorney Weaver, Attorney Bestick, and Lewis Brisbois respectfully request that this Court permit them to withdrawal as counsel of record for Defendants and remove them from the CM/ECF service list from this case. Defendants' interests will be protected, no delay will result, and good cause otherwise exists to permit the requested relief.

### II. GOOD CAUSE EXISTS TO PERMIT ATTORNEY WEAVER, ATTORNEY BESTICK, AND LEWIS BRISBOIS TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS ROXANNE BYBEE, M.D. AND ERICA CEBALLOS, R.N.

"[A]n attorney cannot withdraw from a case without consent of the court." *See e.g. Harris v. Diamond Dolls of Nevada, LLC,* No. 3:19-cv-00598-RCJ-CBC, 2023 WL 6059667, at *3 (D. Nev. Sept. 18, 2023) (quoting *Lavvorn v. Johnston,* 118 F.2d 704, 706 (9th Cir. 1941)). Further, "[c]ourts maintain the discretion to grant or deny a motion to withdraw as counsel." *Id.* (citation omitted).

Rule 11-6 of the United States District Court for the District of Nevada's Local Rule of Practice states in pertinent part:

> (b) If an attorney seeks with withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel. The affected client may, but is not required to, file a response to the attorney's motion within 14 days of the filing of the motion, unless the court orders otherwise.
>
> \*   \*   \*
>
> (e) Except for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case. Where delay would result, the papers seeking leave of the court for the withdrawal or substitution must request specific relief from the scheduled discovery, trial, or hearing. If a trial setting has been made, an additional copy of the moving papers must be provided to the clerk for immediate delivery to the assigned district judge, bankruptcy judge, or magistrate judge.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  LR IA 11-6(b) & (e); *see also Harris,* 2023 WL 6059667 at *3.

2

3          In addition, Rule 1.16 of the Nevada Rules of Professional Conduct governs the

4  termination of representation. NRPC 1.16 states in pertinent part:

5                    (b) Except as stated in paragraph (c), a lawyer may withdraw from
                     representing a client if:

6

7                          (1) Withdrawal can be accomplished without material
                           adverse effect on the interests of the client;

8                          *   *   *

9                          . . . or

10                         (7) Other good cause for withdrawal exists.

11                   (c) A lawyer must comply with applicable law requiring notice to or
                     permission of a tribunal when terminating representation. When ordered to
12                   do so by a tribunal, a lawyer shall continue representation notwithstanding
                     good cause for terminating the representation.

13
                     (d) Upon termination of representation, a lawyer shall take steps to the
14                   extent reasonably practicable to protect a client's interests, such as giving
                     reasonable notice to the client, allowing time for employment of other
15                   counsel, surrendering papers and property to which the client is entitled and
                     refunding any advance payment of fee or expense that has not been earned
16                   or incurred. The lawyer may retain papers relating to the client to the extent
                     permitted by other law.

17

18  NRCP 1.16(b)(1), (b)(7), (c), & (d).

19          Here, Defendants, as a present or former State officers, employees, or contractors

20  of the State of Nevada, obtained Defense Counsel through the Office of the Attorney

21  General of the State of Nevada. Defendants are currently being represented by counsel

22  from the Office of the Attorney General. *See* **Exhibit A** (indicating that Defendants are

23  represented by the Office of the Attorney General).

24          Although Attorney Weaver, Attorney Bestick, and Lewis Brisbois are still currently

25  listed as additional counsel for Defendants, they are no longer actively participating in

26  Defendants' defense and good cause exists to permit them to withdraw from this case.

27          Although "[w]ithdraw[al] has been denied where the court finds that withdrawal

28  would work an injustice or cause undue delay[,]" no such circumstances exist here. *See*


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

168988815.1                                5

*e.g. Harris,* 2023 WL 6059667 at *3 (citation and internal quotation marks omitted). As noted, Defendants already have active representation through the Nevada Office of the Attorney General and no delay will be incurred as a result of counsel's withdrawal. Similarly, no delay will result with respect to discovery, the trial, or any hearing in this case as any deadlines imposed on Defendants are being handled by thier current counsel and the parties. This was specifically done to allow the parties "to complete written discovery, the deposition of parties, experts, and lay witnesses, and any other discovery the parties may want to conduct[.]" *See id.* at p. 2.

Because Defendants already have active replacement counsel, the requested withdrawal can be accomplished without material adverse effects on Defendants' interests. Indeed, Defendants' interests have already been taken over by the Attorney General, who is actively participating in Defendants' defense.

Accordingly, Attorney Weaver, Attorney Bestick, and Lewis Brisbois respectfully request that this Court grant their request to withdraw as counsel for Defendants and permit the Nevada Office of the Attorney General to continue with its representation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

168988815.1

1    III.    <u>CONCLUSION</u>

2          Based on the foregoing, Attorney Weaver, Attorney Bestick, and Lewis Brisbois

3    respectfully request that this Court grant their request to withdraw as counsel for

4    Defendants and to remove them from the CM/ECF service list for this case.

5          DATED this 12th day of January, 2026

6

7                                        LEWIS BRISBOIS BISGAARD & SMITH LLP

8

9                              By        /s/ Alissa Bestick
                                         KEITH A. WEAVER
10                                       Nevada Bar No. 10271
                                         ALISSA N. BESTICK
11                                       Nevada Bar No. 14979
                                         6385 S. Rainbow Boulevard, Suite 600
12                                       Las Vegas, Nevada 89118
                                         *Attorneys for Defendants Roxanne Bybee,*
13                                       *M.D. and Erica Ceballos, R.N.*

14

15

16

17
     **IT IS SO ORDERED.**
18
     **DATED:**  January 13, 2026.
19

20

21                                       _____

22                                       UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW